

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 9, 2020

**By ECF and Email**
The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: **United States v. Joel Cabrera,**
    **No. 20 Cr. 172 (DLC)**
    **No. 20 Cr. 388 (DLC)**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2020
```

Dear Judge Cote:

  The Government respectfully requests, with the consent of Joel Cabrera, the defendant, that the Court consolidate for trial the two above-referenced cases pursuant to Federal Rule of Criminal Procedure 13.

  The parties request such consolidation without prejudice to either party making a future application to bifurcate Count One in information number 20 Cr. 172, charging the defendant with being a felon in possession of ammunition, from the counts set forth in indictment number 20 Cr. 388.

          Respectfully submitted,

          AUDREY STRAUSS
          Acting United States Attorney

      by: /s/
        Daniel H. Wolf / Alexander N. Li
        Assistant United States Attorneys
        (212) 637-2337 / -2265

cc: Robert Osuna, Esq. (counsel to Joel Cabrera)

Granted.

*/s/ Denise Cote*
Oct. 9, 2020

**MEMO ENDORSED**