```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
  UNITED STATES OF AMERICA                :
                                          :        20cr388-2 (DLC)
                -v-                        :
                                          :
  JOEL CABRERA,                           :           ORDER
                                          :
                        Defendant.        :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a conference is scheduled in this

case for January 13, 2026 at 9:30 AM in Courtroom 18B, 500 Pearl

Street.

Dated:    New York, New York
          January 8, 2026

                                    _____
                                             DENISE COTE
                                    United States District Judge