UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Joel Cabrera,

                    Defendant.

---

20 cr 388-2 (DLC)

No. ~~20CR00172-01~~ (DLC)

ORDER

Denise Cote, U.S. District Judge:

IT IS HEREBY ORDERED:  For the reasons stated on the record during a conference held on January 13, 2026:

1.  You must be monitored by the form of location monitoring indicated below for a period of six (6) months and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer. The selected form of location monitoring technology must be utilized to monitor the following restriction on your movement in the community as well as other court-imposed conditions of release: X **GPS Monitoring.**

You are restricted to your residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the officer **(Home Detention).**

2.  If you are not employed full-time, and have not been excused from employment, you must complete twenty (20) hours of community service per week in a program approved by your Probation Officer.  You must provide your Probation Officer each week with written verification of completed community service hours.

3.  Travel is restricted to the Southern District of New York and Eastern District of New York.

Dated:        January 13, 2026
              New York, New York

Honorable Denise Cote
U.S. District Judge